**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

FAHAD GOHAR,
Petitioner,
v.

CHRISTOPHER J. LAROSE, et al.;
Respondents.

Case No.: 3:26-cv-04109-BTM-DDL

**ORDER REQUIRING RESPONSE AND SETTING BRIEFING SCHEDULE**

**[ECF NO. 9]**

//
//
//

On August 4, 2026, the Court ordered a bond hearing for Petitioner and stated that he may move for an award of fees within thirty days of the Order's entry. (ECF No. 6, at 3.) The Petitioner filed a motion for attorney's fees on September 3, 2026. The order also required the Government to respond to the motion within fourteen days of the filing of the motion. The Government's response was due by September 17, 2026, yet no response has been filed.

The Government is **ORDERED** to file a response no later than October 1, 2026. The Petitioner may file a reply no later than October 8, 2026. The motion will be submitted for the Court's decision on October 9, 2026. There will be no oral argument unless requested by the Court.

**IT IS SO ORDERED.**

Dated: September 23, 2026

Honorable Barry Ted Moskowitz
United States District Judge