**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

FAHAD GOHAR,
Petitioner,
v.

CHRISTOPHER J. LAROSE, et al.;
Respondents.

Case No.: 3:26-cv-04109-BTM-DDL

**ORDER SETTING STATUS HEARING**

**[ECF NO. 13]**

On October 15, 2026, the parties filed a notice of settlement regarding the Petitioner's demand for attorney fees under the Equal Access to Justice Act. The parties are ordered to appear for a status hearing on November 19, 2026, at 12 p.m. Should the parties file a joint motion to dismiss before the hearing, the status hearing will be vacated.

**IT IS SO ORDERED.**

Dated: October 22, 2026

Barry Ted Moskowitz
Honorable Barry Ted Moskowitz
United States District Judge